D.LAW, INC.
David Yeremian (SBN 226337)
d.yeremian@d.law
Roman Shkodnik (SBN 285152)
r.shkodnik@d.law
Amanda Fazio (SBN 346350)
a.fazio@d.law
450 N. Brand Blvd. Suite 840
Glendale, CA 91203
Telephone: (818) 962-6465
Facsimile: (818) 962-6469

Attorneys for Plaintiff LUIS GOMEZ, on behalf
of himself and others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GOMEZ, on behalf of himself and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>OMNICELL, INC., a Delaware corporation; JOHNSON SERVICE GROUP, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 5:24-CV-02205-BLF<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ACTION** |

1 | Collin D. Cook (SBN 251606)
E-Mail: ccook@fisherphillips.com
2 | Brandon K. Kahoush (SBN 311560)
E-Mail: bkahoush@fisherphillips.com
3 | Benjamin J. Cooper (SBN 356928)
E-Mail: bcooper@fisherphillips.com
4 | FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
5 | San Francisco, California 94104
Telephone: (415) 490-9000
6 | Facsimile: (415) 490-9001

7 | Attorneys for Defendant OMNICELL, INC.

8

9 | ROBERT R. ROGINSON, CA Bar No. 185286
robert.roginson@ogletree.com
RYAN H. CROSNER, CA Bar No. 278418
10 | ryan.crosner@ogletree.com
CHLOE S. CHANG, CA Bar No. 321007
11 | chloe.chang@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
12 | STEWART, P.C.
400 South Hope Street, Suite 1200
13 | Los Angeles, CA 90071
Telephone: 213-239-9800
14 | Facsimile: 213-239-9045

15 | Attorneys for Defendant
JOHNSON SERVICE GROUP, INC

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR DISMISSAL OF ACTION

IT IS HEREBY STIPULATED, by and between Plaintiff LUIS GOMEZ and Defendants OMNICELL, INC. and JOHNSON SERVICE GROUP, INC (collectively "Defendants")  by and through their respective counsel of record, that the entire above-captioned action be dismissed without prejudice and each Party is to bear their own costs and fees in connection with the dismissal herein, but reserves any contractual indemnity rights between Defendants.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring stipulation for voluntary dismissals after responsive pleadings have been filed).

IT IS HEREBY SO AGREED.

Dated:  November 17, 2025               D.LAW, INC.

By:____*/s/ Roman Shkodnik*_____
David Yeremian
Roman Shkodnik
Amanda Fazio
Attorneys for Plaintiff LUIS GOMEZ

Dated:  November 17, 2025               FISHER & PHILLIPS LLP

By*:___/s/ Brandon K. Kahoush*_____

Collin D. Cook
Brandon K. Kahoush
Benjamin J. Cooper
Attorneys for Defendant OMNICELL, INC.

Dated:  November 17, 2025               JOHNSON SERVICE GROUP, INC

By:_____*/s/ Ryan H. Crosner*_____
Robert R. Roginson
Ryan H. Crosner
Chloe S. Chang
Attorneys for Defendant JOHNSON

STIPULATED REQUEST FOR DISMISSAL OF ACTION

1  D.LAW, INC.
   Emil Davtyan (SBN 299363)
2  emil@d.law
   David Yeremian (SBN 226337)
3  d.yeremian@d.law
   Roman Shkodnik (SBN 285152)
4  r.shkodnik@d.law
   Amanda Fazio (SBN 346350)
5  a.fazio@d.law
   450 N. Brand Blvd. Suite 840
6  Glendale, CA 91203
   Telephone: (818) 962-6465
7  Facsimile: (818) 962-6469

8  Attorneys for Plaintiff LUIS GOMEZ, on behalf
   of himself and others similarly situated

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12 | LUIS GOMEZ, on behalf of himself     CASE NO.  3:24-CV-02205-BLF
   | and others similarly situated
13
                                         **[PROPOSED]** **ORDER FOR**
14 |              Plaintiff,              **DISMISSAL OF ACTION**

15 |         v.

16 | OMNICELL, INC., a Delaware
   | corporation; JOHNSON SERVICE
17 | GROUP, INC., a Delaware
   | corporation; and DOES 1 through
18 | 50, inclusive,

19 |              Defendants.

20

21

22

23

24

25

26

27

28

                              1

Collin D. Cook (SBN 251606)
E-Mail: ccook@fisherphillips.com
Brandon K. Kahoush (SBN 311560)
E-Mail: bkahoush@fisherphillips.com
Benjamin J. Cooper (SBN 356928)
E-Mail: bcooper@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant OMNICELL, INC.


ROBERT R. ROGINSON, CA Bar No. 185286
robert.roginson@ogletree.com
RYAN H. CROSNER, CA Bar No. 278418
ryan.crosner@ogletree.com
CHLOE S. CHANG, CA Bar No. 321007
chloe.chang@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendant
JOHNSON SERVICE GROUP, INC

2

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the complaint and any and all claims for relief in the above-referenced matter,  United States District Court, in the Northern District of California, Case 3:24-cv-02205-BLF is hereby dismissed without prejudice, and each Party is to bear their own costs and fees in connection with the dismissal herein, but reserves any contractual indemnity rights between Defendants.

Dated: November 18, 2025

_____
JUDGE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER